No. 533. Parks-Cramer Co. v. American Monorail Co. C. A. 4th Cir. Certiorari denied. *Joseph W. Grier, Jr.* and *Cedric W. Porter* for petitioner. *F. O. Richey* and *B. D. Watts* for respondent.

No. 536. Oliphant et al. v. Brotherhood of Locomotive Firemen and Enginemen et al. C. A. 6th Cir. Certiorari denied. *Joseph L. Rauh, Jr.* and *John Silard* for petitioners. *Harold C. Heiss, Russell B. Day* and *Milton Kramer* for respondents.

No. 537. Standard-Vacuum Oil Co. v. United States. Court of Claims. Certiorari denied. *George S. Collins* and *Warrack Wallace* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

No. 535. R. J. Reynolds Tobacco Co. v. United States. Court of Claims. Certiorari denied. *Marion N. Fisher, Leon L. Rice, Jr.* and *W. P. Sandridge* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States.

No. 539. United States Overseas Airlines, Inc., et al. v. Compania Aerea Viajes Expresos de Venezuela, S. A., et al. C. A. 2d Cir. Certiorari denied. *David I. Shapiro* for petitioners. *Eugene H. Nickerson* for respondents.

No. 540. Haile et al. v. Eastern Band of Cherokee Indians. C. A. 4th Cir. Certiorari denied. *W. Neil Thomas, Jr.* for petitioners.